Ivan Guerrero Melchor, # 69324208.
**Name and Prisoner/Booking Number**

CCA / central arizona
**Place of Confinement**

P.O Box 6300
**Mailing Address**

Florence, AZ. 85232.
**City, State, Zip Code**

```
    FILED      ___ LODGED
___ RECEIVED  ___ COPY

    MAY 0 1 2007

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ B DEPUTY
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Seattle police Department
(Full Name of Plaintiff)
Plaintiff,

vs.

(1) Ivan Guerrero Melchor
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

# CV07 0853 RSM JPD

CASE NO. CV07-910-PHx-JWS(DKD)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Seattle washington State.

Revised 3/9/07

1

**550/555**

07-CV-00853-CMP

## B. DEFENDANTS

1. Name of first Defendant: Ivan Guerrero Mukhor. The first Defendant is employed as: excessive police force at Seattle washington.
   <u>(Position and Title)</u>  <u>(Institution)</u>

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   <u>(Position and Title)</u>  <u>(Institution)</u>

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   <u>(Position and Title)</u>  <u>(Institution)</u>

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   <u>(Position and Title)</u>  <u>(Institution)</u>

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

2.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____
   assulted By arresting police

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 1-23-2004 - I was arrested By west night ACT team for vucsa violation. the officer who arrest me use Excessive force kicking me. I did not put any resistance on the arrest, than I was tranfered to the west pricint of Seattle police Department and what appear to leading officer of the Bicle patrol went to the holding thank and I tuld I need medical attention and he assulted me on the holding cell I was ending with a broken nose and fracture my skull and I was tranfer to king county Jail 2 day latter I was released. I did never have the opportunity to show the Judge my force, I went to trial and the Judge dint wont me to say I was assulted By police I provide medical Records and X-Rays Report to the court and some how they dissapear from the records

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   assulted By the Seattle police

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. the court lost the records of medical ?

3

3

| Department: 42 | JUDGE: Steven Scott |
|---|---|
| Date: 12-15-004 | BAILIFF: Mary Radley |
| Page 1 of 3 | COURT CLERK: Dawn Tubbs |
| | REPORTER: Taralynn Bates |

King County Cause No.  04-1-00769-7 SEA

<u>Case Caption</u>

State v Guerrero-Melchor

Continued from  12-14-2004

<u>Minute Entry</u>

| | Defendant, stand-by counsel, DPA present |
|---|---|
| | Spanish interpreter (stand-by) Angela Henrick present |
| | Jury absent |
| | Discussion re scheduling, witnesses |
| | Jury present |
| | Off Stefan Aurlaid is sworn and examined on behalf of the State |
| | State's Exhibit # 10 OFFERED AND ADMITTED |
| | Off PJ Fox is sworn and examined on behalf of the State |
| | Steven Reid IS SWORN AND EXAMINED ON BEHALF OF THE STATE |

4

Date: 12-15-2004                                          Page 2 of 3

K.C. Cause No: 04-1-00769-7 SEA

Caption: State v Guerrero - Melchor

## MINUTE ENTRY

| | |
|---|---|
| | State's Exhibit # 11 OFFERED AND REFUSED |
| | Jury absent |
| | State presents argument re Exhibit # 11 -- the Court reaffirms its ruling that the report is refused as cumulative |
| | Discussion re co-defendant Java's status; has plead and been sentenced so there are no 5th Amendment issues to preclude his being called as a witness |
| | State informs the Court re interview with Java and his expected testimony. |
| | State's motion to exclude testimony about use of force or kicking by officer -- granted |
| | Defendant's motion to dismiss due to failure of the State to present a prima facie case -- denied |
| | Jury present |
| | The State rests |
| | Peter Java is sworn and examined on behalf of the defendant |
| | Jury absent |
| | Defendant requests copies of prior convictions -- copies are shown |
| | Jury present |

Date: 12-15-2004 Page 3 of 3

K.C. Cause No. 04-1-00769-7 SEA

Caption: State v Guerrero-Melchor

### MINUTE ENTRY

| |
|---|
| Defendant is sworn and testifies on his own behalf |
| State's exhibit # 3 OFFERED AND ADMITTED |
| Both sides rest |
| Cause continued to 12-16-2004 |

| | | |
|---|---|---|
| CAUSE NO. | | **04-C-00769-7SEA** |



**SEATTLE POLICE DEPARTMENT**

**CERTIFICATION FOR DETERMINATION OF PROBABLE CAUSE - NARCOTICS**

INCIDENT NUMBER: 04-038516
UNIT FILE NUMBER:

That Police Officer Lee of the Seattle Police Department believes that there is probable cause that Chacon, Juan committed the crime(s) of Violation of the Uniformed Controlled Substances Act on January 27, 2004 at 2056 hrs within the City of Seattle, County of King, State of Washington by possessing with intent to deliver/manufacture rock cocaine, a controlled substance.

This belief is predicated on the following facts and circumstances:

*I have been employed by the Seattle Police Department for over 4 years. I have almost 8 years of experience as a police officer with prior experience with the Los Angeles Police Department. I have worked as a uniformed patrol officer and a uniformed bicycle patrol officer. I have participated in buy-bust operations and see-pop operations as a buyer, an observer, arrest team officer and processing officer. I have participated in hundreds of narcotics arrests in the City of Seattle and in Los Angeles, CA. I have had narcotics recognition training in the Los Angeles Police Academy and on the job training in the City of Los Angeles and in Seattle. I attended and completed the two-week undercover narcotics school held by the Seattle Police Department.*

On 01-27-2004, I was working as an undercover buyer during a buy bust operation in the Pike/Pine area. At approximately 2056 hrs, I made contact with a Hispanic male, later identified as AFTERBUFFALO, at 3 Av and Pike St at the southwest corner. AFTERBUFFALO asked if I was "looking," street lingo for looking for narcotics. I told him I was. I told him I was looking for "hard," common street term for rock cocaine. AFTERBUFFALO told me to follow him and we walked southbound on 3 Av to mid-block. AFTERBUFFALO directed me to the front of 1413 ½ 3 Av where he introduced me to a Hispanic male, later identified as CHACON and to a White male, later identified as JAVA. I asked for two rocks of cocaine for $20. CHACON told me to wait outside as he and JAVA buzzed a unit at 1413 ½ 3 Av. A short time later, an unidentified Black male met them. All three then went inside. A few minutes later, CHACON and JAVA came out of the building and approached me. JAVA reached into his mouth and removed a rock of crack cocaine. He showed me the rock and asked for $20. I said that I wanted two rocks for $20. He became angry and put the rock back in his mouth. CHACON then removed a rock of crack cocaine from his mouth and offered to me for $20 stating that it was all that he could do today. I agreed and handed over to him a pre-recorded $20 bill in exchange for the rock. Once the transaction was complete, AFTERBUFFALO asked if I would take care of him. I told him that I would not since I was only able to buy one rock for $20. I then gave the arrest team the good buy signal.

I transported the suspected rock cocaine to WPCT. I tested the rock according to the protocol established by the WSPCL. The results were positive for cocaine. The total weight was .1 grams without packaging. I packaged the rock cocaine in SPD Evidence Envelope #A917605.


ORIGINAL

Form 34.1a 5/98    PAGE 1 OF 2

22



**SEATTLE POLICE DEPARTMENT**

**CERTIFICATION FOR DETERMINATION OF PROBABLE CAUSE NARCOTICS**

| INCIDENT NUMBER | 04-038516 |
| --- | --- |
| UNIT FILE NUMBER | |

Under penalty of perjury under the laws of the State of Washington, I certify that the foregoing is true and correct to best of my knowledge and belief. Signed and dated by me this __27__ day of __JAN__, 2004, at Seattle, Washington.

ORIGINAL

8

**FILED**
KING COUNTY, WASHINGTON

DEC 2 1 2004

SUPERIOR COURT CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

State of Washington, Plaintiff

vs.

Ivan Guerrero-Melchor, Defendant

No. 04-1-00769-7 SEA

**WITNESS TIME SHEET & COST BILL**
Criminal, Juvenile and Mental Illness (ORPWE)

| Witness For | | Name | | 2004 Date(s) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | R-A | Address (include zip code) | | 12-14 | 12-15 | | | Miles Per R.T. | Number Of Trips | Total Miles | Total Amount Due | Cert. Number |
| X | | Off James Lee Seattle PD | | A | | | | | | | | |
| X | | Det Ronald Smith Seattle PD | | P | | | | | | | | |
| X | | Off Shawn Hamlin Seattle PD | | P | | | | | | | | |
| X | | Off Zsolt Dornay Seattle PD | | P | | | | | | | | |
| X | | Off Stefan Aurlaid Seattle PD | | A | | | | | | | | |

DATED: 12/16/04

Examined and Found Correct: #32789

D.P.A./WSBA # Erin Norgaard

Approved and Allowed: [signature]

JUDGE/Dept #

Page Total

Witness Time Sheet and Cost Bill: Page 1 (SC Form JO-107)   6/00

9

S#123

# WITNESS TIME SHEET AND COST BILL    Page 2 of 2

No.: 04-1-00769-7 SEA

Caption: State vs. Ivan Guerrero-Melchor

| Witness For State | A-R | Name | | 2004 Date(s) 12-15 | | | Miles Per R.T. | Number Of Trips | Total Miles | Total Amount Due | Cert. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | Off PJ Fox<br>Seattle PD | | A | | | | | | | |
| X | | Steven Reid<br>WSP Crime Lab | | A | | | | | | | |
| | X | Peter Java<br>c/o DOC | | P | | | | | | | |
| | | | | | | | | | | Page Total | 08 |

DATED: 12/16/04
Examined and Found Correct
D.P.A. Erin [signature] #32781

Approved and Allowed:
_____
JUDGE/Dept #

Witness Time Sheet and Cost Bill, Additional Page (SC Form JO-107)    6/00

10

S# 123

**COUNT II**

1. State the constitutional or other federal civil right that was violated: __Medical attention__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   While I was in King county jail from 2004 to 2005, the King Co. jail Din't provide me with Sergurie to fix my nose. for the police assult

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   By police assult at the west pricint.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

4

I requested medical sorgurie to the health Departament of King County.

The X-Ray specialist show me how my skull is fracture and nose.

I ask for time to time with not Respond. from the medical stuff of King County Jail



## COUNT III

1. State the constitutional or other federal civil right that was violated: The Superior court for King county washington State.

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The court Ignored my medical problem that I need sergurie and I prouvbe medical Records and I was not allow to tell the jurie about this.

   I did indmidiate release on re-trial on this case and I was not released till 11 day later after September 13. 2006. Sep-13-06 I was release on two immediate court release orders on other case I was aquited on re-trial. and still I did get immediate released.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

13

Case 2:07-cv-00853-RSM-JPD Document 12 Filed 06/05/2009 Page 14 of 17

FAX COPY TO COUNTY JAIL AUG 16 2006

**FILED**
KING COUNTY, WASHINGTON
AUG 1 6 2006
SUPERIOR COURT CLERK
KIM C. PHIPPS
DEPUTY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON, ) No. 04-C-00769-7 KNT
    Plaintiff, )
vs. ) NOTICE TO KING COUNTY JAIL
) RELEASE OF DEFENDANT
Ivan Guerrero-Melchor, Defendant, )
)

TO: THE DIRECTOR OF ADULT DETENTION, OR HIS DEPUTY:

This Court has sentenced the defendant this date to a sentence that directs the defendant's immediate release from jail. An appropriate written order of Judgment and Sentence will follow at a later date. Immediate release on this cause only.

YOU ARE HEREBY ORDERED to release the defendant from jail under this cause number.

DONE IN OPEN COURT this 16th day of August, 2006

_____
JUDGE

White – Clerk
Yellow – King County Jail
Pink – Defendant

NOTICE TO KING COUNTY JAIL RELEASE OF DEFENDANT

14

S #155

**FILED**

SEP 13 2006

SUPERIOR COURT CLERK
BY DAWN TUBBS
DEPUTY

SEP 14 2006
CERTIFIED COPY TO COUNTY JAIL

## SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| STATE OF WASHINGTON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1-00565 SEA |
| Ivan Guerrero-Melchor | ) NOTICE TO KING COUNTY JAIL |
| Defendant. | ) RELEASE OF DEFENDANT |

TO: THE DIRECTOR OF ADULT DETENTION, OR HIS DEPUTY:

This Court has sentenced the defendant this date to a sentence that directs the defendant's immediate release from jail. An appropriate written order of Judgment and Sentence will follow at a later date.

YOU ARE HEREBY ORDERED to release the defendant from jail under this cause number.

DONE IN OPEN COURT this 13th day of September, 2006.

_____
JUDGE

Distribution:
White – Clerk's Office
Yellow – King County Jail
Pink – Defendant

NOTICE TO KING COUNTY JAIL
RELEASE OF DEFENDANT
Revised 4/01

15

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Mead to fix my nose with sergurie. and pay for the medical pain and suffering. By the Department of of Seattle police.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____ Pro-Se
(Signature of attorney, if any)
P.O. Box 6300
Florence, AZ.
85232

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

16

I Ivan guerrero Request a Jury trial on this matter.

However Pursuant to 28 USC: 1915 I would like to presite in forma pauperis I don't have any money due to poverty. I'm indigent. Not one sent me any money I don't own any Bank, stock money I don't have any properties. In one word I don't have not money of been worked on the past 3 year or so.

Sincerly.

Ivan Guerrero

I'm certify this and I understand the laws of United States and Everything on this Documents are true.

April-25-2007
Date