

AUG 23 2007



AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

IVAN Guerrero MelchoR
_____
(Name of Plaintiff)

vs.

officar Avralaid
_____
officar Dornay
_____
officer fox.
_____

_____
(Names of Defendants)

#07-0853-RSm-JPD

**CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983**

07-CV-00853-CMP

## 1. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner: ☐ Yes  ☒ No

B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

1

2. Court (give name of District) _____

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. **Place of Present Confinement**: ___CADC - Florence AZ._____

    A. Is there a prisoner grievance procedure available at this institution?   ☑ Yes    ☐ No

    B. Have you filed any grievances concerning the facts relating to this complaint?

                                        ☑ Yes    ☐ No

        If your answer is NO, explain why not _____

        _____

    C. Is the grievance process completed?                ☑ Yes    ☐ No

                            P. — medical —

        If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

    A. Name of Plaintiff: IVAN Guerrero Melchor _____ Inmate No.: 69324-208

        Address: P.O. Box. 6300, Florence - AZ. 85232 _____

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

    B. Defendant Auralaid officer ; official position Bicycle/Police; place of employment Seattle washington police Dep't.

C. Additional defendants off. fox. Bicycle police Seattle wan
Dep't., and officer Dornay Bicycle police Dep't
of Seattle wa.

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I was arrested by the officers of the Bicycle patrul of seattle wa. on Janrory -27-2004 During the arrest I was kicked and was transfer to the west precint at the seattle Dep't and I was assulted By one of the officers at the Holding Cell. and I was franter to king Co. Jail.

I was assulted at the arrest and at the precint on the (west precint) 3 days lattar I was Released.

the assult was at the police precint... Not King Co. Jail.

Due to this! ~~was~~ Police Brutality By assulted me after the arrest and at the arrest on the Street, I recived Serious Body injurys and a fracture skull and Broken nose and other Body injuries.

3

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

the Plaintiff is seeking Relief at as injunctive Relief for my medical surgeries to fix my fractured skull and Broken nose as well monetary money Relif, for pain and Suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of august , 2007.

_____
(Signature of Plaintiff)

Iron Guerrero Melchor.
#69324 208
P.O. Box Florence . Az
- 85232 -

## Sick Call Request



AUG 23 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**Part A:** (to be completed by Inmate/resident)

Inmate/Resident Name: _Ivan Guerrero Mulchor._

Inmate/Resident Number: _67324208_    Date: _26-July-07_

Work Assignment: _____

Work Hours: _____    Housing Assignment: _____ 400 ft 201_

Reason for requesting Health Services Appointment **(BE SPECIFIC):** _I have and_
_old injurie broken/nose and fractud skull_
_and I still have pain ~~and~~_

How long have you had this problem? _3 years or so._

Inmate/Resident Signature: _____

Print Name: _Ivan Guerrero Melchor_

### ↓ DO NOT WRITE BELOW THIS LINE ↓

**Part B:** (to be completed by Health Services personnel)

Health Services Reply: _____

_____

_____

_____

_____

_____

_____

_____

Health Services Signature: _____

Date: _1/14/07_

**White Copy: To Medical Records**         **Yellow Copy: To Inmate/Resident**

Property of Corrections Corporation of America        MAR 2006

Ivan Guerrero Melchor
69324-208
P.O. Box. 6300
Florence. Az.
- 85232 -

Legal Mail

PHOENIX AZ 850
20 AUG 2007 PM 4 T

Clerk. United States District Court
Courthouse
700 Stewart Street
Seattle - wa - 98101

98101+1271