

AUG 23 2007

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

IVAN Guerrero Melchor
(Name of Plaintiff)

vs.

officer Auralaid

officer Dornay

officer fox.

(Names of Defendants)

#07-0853-RSM-JPD

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

07-CV-00853-CMP

I. **Previous Lawsuits**:

    A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
      ☐ Yes    ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:

      Plaintiff _____

      Defendants _____

1

   2. Court (give name of District) ~~_____~~

   3. Docket Number ~~_____~~

   4. Name of judge to whom case was assigned ~~_____~~

   5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) ~~_____~~

   6. Approximate date of filing lawsuit ~~_____~~

   7. Approximate date of disposition ~~_____~~

II. **Place of Present Confinement:** CADC - Florence AZ.

   A. Is there a prisoner grievance procedure available at this institution?  ☒ Yes   ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?
   ☒ Yes   ☐ No
   If your answer is NO, explain why not _____

   C. Is the grievance process completed?   ☒ Yes   ☐ No
   R: — medical —
   If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

   A. Name of Plaintiff: IVAN Guerrero Melchor   Inmate No.: 69324-208
      Address: P.O. Box. 6300, Florence - AZ - 85232

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant Auralaid officer; official position Bicycle Police;
   place of employment Seattle washington police Dep't.

2

C. Additional defendants Off. Fox. Bicycle police Seattle wa Dep't., and officer Dornay Bicycle police Dep't of Seattle wa.

## IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places, and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I was arrested by the officers of the Bicycle patrol of Seattle. wa. on January -27- 2004 During the arrest I was kicked and was transfer to the west precint of the Seattle Dep't and I was assulted by one of the officers at the Holding Cell. and I was fronter to King Co. Jail...

I was assulted at the arrest and at the precint on the (west precint) 3 days latter I was Released.

the assult was at the police precint... Not King Co. Jail.

Due to this ~~[struck out]~~ Police brutality by assulted me after the arrest and at the arrest on the Street, I recived Serious Body injurys and a fracture Skull and Broken nose and other Body injuries.

3

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

the Plaintiff is seeking Relief at as injunctive Relief for my medical surgery to fix my fractured skull and Broken nose as well monetary money Bill, for pain and Suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __august__, __2007__.

_____
(Signature of Plaintiff)

Ivan Guerrero Melchor.
#69324 208
P.O. Box Florence. AZ
-85232-

4

# Sick Call Request




FILED
LODGED
RECEIVED   MAIL

AUG 23 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**Part A:** (to be completed by Inmate/resident)

Inmate/Resident Name: Ivan Guerrero Melchor

Inmate/Resident Number: 67324208    Date: 26-July-07

Work Assignment: _____

Work Hours: _____  Housing Assignment: 4un H 221

Reason for requesting Health Services Appointment (BE SPECIFIC): I have and old injuries broken/noses and fracture skull. and I still have pain.

How long have you had this problem? 3 years or so.

Inmate/Resident Signature: _____

Print Name: Ivan Guerrero Melchor

↓ **DO NOT WRITE BELOW THIS LINE** ↓

**Part B:** (to be completed by Health Services personnel)

Health Services Reply: null

Health Services Signature: _____

Date: 7/29/07

White Copy: To Medical Records    Yellow Copy: To Inmate/Resident

Property of Corrections Corporation of America    MAR 2006

Ivan Guerrero Melchor
69324-208
P.O. Box 6300
Florence, Az.
-85232-

Legal Mail

PHOENIX AZ 850
20 AUG 2007 PM 4 T

Clerk, United States District Court
Courthouse
700 Stewart Street
Seattle - wa - 98101

S810i+i271