The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN GUERRERO-MELCHOR, | Case No. C07-853-RAJ |
| Plaintiff, | |
| v. | |
| STEPHAN ARULAID, et al., | ORDER OF DISMISSAL |
| Defendants. | |

The Court, having reviewed defendants' Motion to Dismiss, together with all materials in support of and opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Defendants' Motion to Dismiss (Dkt. No. 19) is GRANTED, and plaintiff's Second Amended Complaint (Dkt. No. 16) is DISMISSED with prejudice.

(3)  The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 22nd day of February, 2008.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1